1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

5

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5042
Fax: (408) 535-5066
matthew.parrella@usdoj.gov
Attorneys for Plaintiff

FILED

2009 MAR 16  P 12: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   No. 5:08-mj-70668-PVT
                                    )
        Plaintiff,                  )
                                    )   NOTICE OF DISMISSAL
    v.                              )
                                    )
KENNETH IVORY THOMAS,               )
                                    )   (San Jose Venue)
        Defendant.                  )
                                    )
_____)

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: 3/11/09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Assistant United States Attorney

NOTICE OF DISMISSAL (5:08-mj-70668-PVT)

1  Leave of Court is granted to the government to dismiss that complaint. It is further ordered that
2  the arrest warrant issued in connection with the complaint is quashed.

Date: 3/13/09

PATRICIA V. TRUMBULL
United States Magistrate Judge